**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BLAKE LISCOMB                                                                                                   PLAINTIFF

v.                                      NO. 3:15CV00280 JLH

JEFF YATES, individually and in his
official capacity as Lawrence County Sheriff;
and DALE FREEMAN, individually and
in his official capacity as Lawrence County Judge                                       DEFENDANTS

**ORDER**

The plaintiff has filed a motion to extend the discovery deadline from January 19, 2017, to February 20, 2017. Likewise, the plaintiff requests that the motion deadlines be extended. Alternative, the plaintiff moves for a new scheduling order. Trial is scheduled for April 3, 2017. If the discovery deadline is extended to February 20, 2017, and the motion deadline extended by a corresponding amount, the time remaining before trial would not permit any dispositive motions to be fully briefed and decided.

The motion to extend deadlines is GRANTED. Document #14. The present scheduling order is set aside, and this case is removed from the trial docket for the week of April 3, 2017. A new scheduling order will be entered separately.

IT IS SO ORDERED this 20th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE