## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BLAKE LISCOMB                                                                                    PLAINTIFF

v.                                    NO. 3:15CV00280 JLH

JEFF YATES, individually and in his
official capacity as Lawrence County Sheriff;
and DALE FREEMAN, individually and
in his official capacity as Lawrence County Judge                    DEFENDANTS

## ORDER

Henry Boyce, prosecuting attorney for Arkansas's Third Judicial District, has moved to quash a subpoena issued by plaintiff's counsel. The subpoena would require Boyce to appear for a deposition on August 30, 2017. Boyce argues that the subpoena should be quashed for several reasons. Included in those reasons is that Boyce was not given adequate notice, Boyce is scheduled to be in Randolph County all week because this week is the jury trial term for that county, and the discovery deadline has passed.. The plaintiff asserts that he needs to depose Boyce to prepare for a mediation scheduled for September 13, 2017. He does not, however, explain why Boyce 's testimony is needed in preparation for the mediation or why Boyce was not deposed before the discovery deadline. The motion is therefore GRANTED. Document #21. The subpoena is quashed. If the plaintiff wishes to depose Boyce, he will need to file a motion for extension of the discovery deadline to enable him to depose Boyce and state good cause for the requested extension.

If that motion is granted, the deposition will need to be rescheduled for a time when Boyce is not scheduled for trial.

IT IS SO ORDERED this 29th day of August , 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE