# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BLAKE LISCOMB                                                                                   PLAINTIFF

v.                          NO. 3:15CV00280 JLH

JEFF YATES, individually and in his
official capacity as Lawrence County Sheriff;
and DALE FREEMAN, individually and
in his official capacity as Lawrence County Judge                  DEFENDANTS

## ORDER

The plaintiff's motion to dismiss is GRANTED. Document #27. All claims except the plaintiff's claims under the Fair Labor Standards Act and the Arkansas Minimum Wage Act for overtime, fees, and costs, are dismissed with prejudice.

IT IS SO ORDERED this 13th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE