# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BLAKE LISCOMB                                                                                      PLAINTIFF

v.                                              NO. 3:15CV00280 JLH

JEFF YATES, et al.                                                                                 DEFENDANTS

## ORDER

The Court has been informed that this matter was settled during a settlement conference with United States Magistrate Judge Jerome Kearney. Therefore, the September 25, 2017 jury trial is removed from the Court's docket. The parties are directed to submit a motion to dismiss when the settlement is final.

IT IS SO ORDERED this 14th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE