IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BLAKE LISCOMB                                                                                        PLAINTIFF

v.                               NO. 3:15CV00280 JLH

JEFF YATES, individually and in his
official capacity as Lawrence County Sheriff;
and DALE FREEMAN, individually and
in his official capacity as Lawrence County Judge               DEFENDANTS

## ORDER

The plaintiff's motion to approve settlement and dismiss with prejudice is GRANTED. Document #31. The settlement is approved and this action is dismissed with prejudice.

IT IS SO ORDERED this 25th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE